IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00833-ZLW

ANTHONY E. McAFEE SR.,

Applicant,

v.

WARDEN PLOUGH, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 6 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

---

The matter before the Court is the "Motion for Relief From Judgment Pursuant Fed. R. Civ. P. 60(b)" filed on May 20, 2010, by Applicant Anthony E. McAfee Sr. Mr. McAfee is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Colorado Territorial Correctional Facility in Cañon City, Colorado. The Court must construe the Motion liberally because Mr. McAfee is proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Court will deny the Motion for Relief.

Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994). Upon consideration of the Motion for Relief[1] and the entire file, the Court

---

[1] Mr. McAfee's Motion for Relief is his second request for reconsideration of the Court's Order of Dismissal entered on June 24, 2009. His first request was filed on July 16, 2009, was construed as a motion filed pursuant to Fed. R. Civ. P. 59(e), and was denied.

finds that Mr. McAfee fails to demonstrate some reason why the Court should reconsider and vacate the order to dismiss this action.

In the Motion for Relief, Mr. McAfee challenges the effectiveness of appellate counsel in the direct appeal of his State of Colorado criminal case. This action was dismissed as time-barred under 28 U.S.C. § 2244(d). Nothing Mr. McAfee presents in the Motion for Relief addresses his failure to file the instant action within the time allowed under § 2244(d). Therefore, the Court finds that Mr. McAfee has failed to assert any extraordinary circumstances that would merit relief under Rule 60(b). Accordingly, it is

ORDERED that the Motion for Relief From Judgment Pursuant to Fed. R. Civ. P. 60(b) (Doc. No. 13) filed on May 20, 2010, is denied.


DATED at Denver, Colorado, this _25th__ day of __May__, 2010.

BY THE COURT:


_s/Philip A. Brimmer_____
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-00833-ZLW

Anthony E. McAfee
Prisoner No. 44338
Colorado Territorial Corr. Facility
PO Box 1010
Cañon City, CO 81215- 1010

Jonathan P. Fero
Assistant Attorney General
**DELIVERED ELECTRONICALLY**


        I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on 5|26|10

                                        GREGORY C. LANGHAM, CLERK

                                        By _____
                                                    Deputy Clerk