IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00833-ZLW

ANTHONY E. McAFEE SR.,

    Applicant,

v.

WARDEN PLOUGH, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Applicant's "Motion for Reconsideration of Ruling Pursuant to Fed. R. Civ. P. 59(e)" (Doc. No. 15), filed on June 9, 2010, is DENIED for the reasons stated in the May 26, 2010, Order Denying Motion for Relief From Judgment. Nothing Mr. McAfee presents in the Motion for Reconsideration addresses his failure to file the instant action within the time allowed under 28 U.S.C. § 2244(d).

Dated: June 10, 2010